**Appeal Dismissed and Memorandum Opinion filed July 26, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00318-CV

## LONE STAR PAVERS INC., Appellant

## V.

## JOSE MURILLO, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-01837**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 7, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On June 28, 2018, this court issued an order stating that unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment, the appeal would be dismissed. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.